UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Robert Banks</u>

          v.                                  Civil No. 09-cv-326-JD

<u>Mark B. Hall, et al.</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 20, 2010.

SO ORDERED.

February 5, 2010                        <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                                 Joseph A. DiClerico, Jr.
                                                 United States District Judge

cc:     Robert Banks, pro se