UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Robert Banks</u>

               v.                       Civil No. 09-cv-326-JD

<u>Mark B. Hall, Esq.</u>

ORDER STRIKING DOCUMENT

DOCUMENT/FILER:   Document # 22, Offer, filed by the Plaintiff
DATE FILED:           June 4, 2010

      The document above fails to comply with: Fed. R. Civ. P. 68. Pursuant to Fed. R. Civ. P. 68, a claim may be served on an opposing party. If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service.

      As no notice of acceptance was filed along with the offer, it is herewith ordered that the Offer is stricken and shall be returned to the submitting party.

      SO ORDERED.

June 14, 2010

                                           ***/s/ Joseph A. DiClerico, Jr.***
                                           Joseph A. DiClerico, Jr.
                                           United States District Judge

cc:      Robert Banks, pro se
         Kevin O'Neill, Esq.