UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Robert Banks

          v.                              Civil No. 09-cv-326-JD

Mark Hall, et al.


                        O R D E R


     Robert Banks, who is incarcerated and proceeding pro se and

in forma pauperis, sued New Hampshire State Troopers Mark Hall,

Robert Lima, Dean Holston, Francesco Campo, Michael Cedrone,

Gerard Ditolla, and Chad Lavoie, as well as the New Hampshire

state treasurer and Kia, a police dog, alleging that the troopers

used excessive force on him during his arrest.  The defendants

filed a motion on August 4, 2010, for leave to depose Banks on

August 23, 2010, pursuant to Federal Rule of Civil Procedure

30(a)(2)(B).  Banks did not respond to the motion.

     An opposing party is allowed fourteen days to respond to a

motion, with additional time allowed for service.  LR 7.1(b);

Fed. R. Civ. P. 6(d).  Under the rules, the defendants' motion

was not ripe until August 23, 2010, the day the deposition was

scheduled.  Therefore, the time scheduled for the deposition has

passed, and presumably the deposition was not held.  The

defendants have not filed a new motion for leave or otherwise

addressed the untimeliness of their motion.

<u>Conclusion</u>

For the foregoing reasons, the defendants' motion for leave to depose the plaintiff (document no. 28) is denied as moot, without prejudice to file a new motion for leave to depose the plaintiff.

SO ORDERED.

Joseph A. DiClerico, Jr.
United States District Judge

September 1, 2010

cc:   Robert Banks, pro se
      Kevin H. O'Neill, Esquire