UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert Banks

    v.                                          Civil No. 09-cv-326-JD

Mark B. Hall, et al.

O R D E R

In light of the expedited discovery in this case and the deadlines set by the Scheduling Order (Endorsed Order 4/07/10), plaintiff must file by October 1, 2010, his objection, if any, to Defendants' Motion for Reconsideration of Order Denying Rule 6(b)(1)(A) Request for Extending Time for Taking Plaintiffs' Deposition (Doc. No. 38).  See Local Rule 7.1 (b) ("*Except as otherwise required by* law or *order of the court*, every objection... shall be filed within fourteen (14) days from the date the motion is served . . . .) (emphasis added).

    SO ORDERED.

                                                _____
                                                Landya B. McCafferty
                                                United States Magistrate Judge

Dated:  September 23, 2010

cc:  Kevin H. O'Neill, Esq.
     Robert Banks, pro se